Charles H. Carpenter
CARPENTER LAW FIRM PLC
210 N. Higgins Avenue, Suite 336
Missoula, MT  59802
Telephone:  (406) 543-0511
Email:  carpentc@carpenterlawfirmplc.com

*Counsel for Defendant*
*Equifax Information Services LLC,*
*incorrectly identified as Equifax, Incorporated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| HAMIDOU SANKARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK BANK CORPORATION, EQUIFAX, INCORPORATED, and FRANCK KAMBOU,<br><br>　　　　Defendants. | Case No. 9:21-cv-00087-DWM<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

COMES NOW, Defendant Equifax Information Services, LLC ("Equifax") incorrectly named as Equifax Incorporated, and hereby notifies the Court that the Plaintiff HAMIDOU SANKARA and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with

76894903v.1

prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court.

Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax only. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated:  November 1, 2021

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By:  */s/ Charles H. Carpenter*

Charles H. Carpenter
CARPENTER LAW FIRM PLC
210 N. Higgins Avenue, Suite 336
Missoula, MT  59802
Telephone:  (406) 543-0511
Email: carpentc@carpenterlawfirmplc.com

*Counsel for Defendant*

*Equifax Information Services LLC, incorrectly identified as Equifax, Incorporated*

76894903v.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this November 1, 2021, a copy of the foregoing **NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** was filed electronically with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF users in this case.

      */s/ Charles H. Carpenter*
      Charles H. Carpenter

      *Counsel for Defendant*
      *Equifax Information Services LLC*