IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HAMIDOU SANKARA, | CV 21–87–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MERRICK BANK CORPORATION, | |
| Defendant. | |

The parties having filed a stipulation for dismissal of Defendant Equifax Incorporated (Equifax Information Services, LLC) pursuant to Rule 41(a), (Doc. 27),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE as to Defendant Equifax, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The caption is modified as reflected above. The Court declines to retain jurisdiction over enforcement of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 12th day of November, 2021.

Donald W. Molloy, District Judge
United States District Court