IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HAMIDOU SANKARA, | CV 21–87–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MERRICK BANK CORPORATION, | |
| Defendant. | |

The plaintiff having moved unopposed for dismissal,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 14th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court